**EXHIBIT A**

RETURN DATE: June 25, 2024       :       SUPERIOR COURT

JADEN LEVIN       :       JUDICIAL DISTRICT OF WATERBURY

V.       :       AT WATERBURY

MOHASSAN YUSSOUF, ET AL       :       MAY 2, 2024

## COMPLAINT

**FIRST COUNT: (By plaintiff, JADEN LEVIN, as to defendant, MOHASSAN YUSSOUF)**

1.      On September 24, 2023, at approximately 1:41 a.m., the plaintiff, **JADEN LEVIN**, was a passenger in a motor vehicle owned and operated by the defendant, **MOHASSAN YUSSOUF**, which was in the easternmost portion of the roadway facing northbound on Whitney Avenue, approximately 100 feet north of Jomarg Drive, both public streets in the town of Hamden, Connecticut.

2.      At the same time and place, the motor vehicle operated by the defendant, **MOHASSAN YUSSOUF**, suddenly and without warning, entered the northbound lanes of Whitney Avenue and attempted to execute a U-turn to travel southbound on Whitney Avenue.

3.      At the same time and place, the defendant, **ANDRE RIVERA**, was the owner and operator of a motor vehicle traveling northbound on Whitney Avenue and collided with the motor vehicle operated by the defendant, **MOHASSAN YUSSOUF**. As a result, the plaintiff, **JADEN LEVIN**, suffered the injuries and losses set forth more fully below.

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

4. The collision was caused by the negligence of the defendant, **MOHASSAN YUSSOUF**, in one or more of the following ways, in that he:

(a) Failed to keep a reasonable and proper lookout for other vehicles on the road;

(b) Failed to turn or swerve so as to avoid the collision;

(c) Failed to apply the brakes in time to avoid the collision;

(d) Failed to sound the horn or give a timely warning of the impending collision;

(e) Failed to keep the vehicle under proper and reasonable control;

(f) Was inattentive in the operation of the vehicle;

(g) Drove the vehicle in such proximity to another vehicle so as to obstruct or impede traffic, in violation of §14-240(b) of the Connecticut General Statutes;

(h) Turned the vehicle when such movement could not be made with reasonable safety in violation of §14-242(a) of the Connecticut General Statutes;

(i) Made an improper turn in violation of §14-241(b) of the Connecticut General Statutes;

(j) Failed to yield the right of way to the vehicle driven by the defendant, **ANDRE RIVERA**, in violation of §14-242(e) of the Connecticut General Statutes; and/or

(k) Moved the vehicle, which was stopped, standing or parked when such movement could not be made with reasonable safety and without interfering with other traffic, in violation of §14-243(a) of the Connecticut General Statutes.

5. As a result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, suffered the following injuries, some, or all of which may be permanent in nature:

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

2

(a)     Closed, displaced, lateral mass fracture of the first cervical vertebra;

(b)     Closed, displaced fracture of the third cervical vertebra;

(c)     Fractures of the fourth, fifth and sixth cervical vertebrae;

(d)     Interspinous ligament injury between C-2 and C-6;

(e)     Bilateral nasal bone fractures;

(f)     Bilateral pneumothoraxes;

(g)     Concussion with loss of consciousness;

(h)     Post-concussion symptoms;

(i)     Facial trauma;

(j)     Chin laceration with scarring;

(k)     Upper lip laceration with scarring;

(l)     Scalp laceration;

(m)     Dental injury;

(n)     Right shoulder injury;

(o)     Neck pain;

(p)     Disturbed sleep;

(q)     Reduced range of motion;

(r)     Muscle spasms; and

(s)     Pain and suffering, both mental and physical.

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

6.      As a further result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, was forced to expend large sums of money for medical care, medicines, diagnostic tests, and therapy, all necessary to his recovery, and may be forced to expend additional sums in the future.

7.      As a further result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, was unable, and remains unable, to participate in and enjoy his usual activities.

**SECOND COUNT: (By plaintiff, JADEN LEVIN, as to defendant, UBER TECHNOLOGIES, INC.)**

1-7.      Paragraphs 1 through 7 of the First Count are hereby incorporated as paragraphs 1 through 7 of this Second Count as if more fully stated herein.

8.      At all relevant times, the defendant, **MOHASSAN YUSSOUF**, was acting as a driver for the defendant, **UBER TECHNOLOGIES, INC.**, a transportation network company authorized to transact business in the State of Connecticut and was connected to **UBER TECHNOLOGIES, INC.'s** digital network and engaged in the provision of a prearranged ride.

9.      At all relevant times, the defendant, **MOHASSAN YUSSOUF**, was operating the motor vehicle as the defendant, **UBER TECHNOLOGIES, INC.'s** employee, agent and/or servant and was acting within the scope of his employment.

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

4

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

10.     The defendant, **UBER TECHNOLOGIES, INC.**, is liable to the plaintiff, **JADEN LEVIN**.

**THIRD COUNT:** **(By plaintiff, JADEN LEVIN, as to defendant, UBER USA, LLC)**

1-7.     Paragraphs 1 through 7 of the First Count are hereby incorporated as paragraphs 1 through 7 of this Fouth Count as if more fully stated herein.

8.     At all relevant times, the defendant, **MOHASSAN YUSSOUF**, was acting as a driver for the defendant, **UBER USA, LLC**, a transportation network company authorized to transact business in the State of Connecticut and was connected to **UBER USA, LLC's** digital network and engaged in the provision of a prearranged ride.

9.     At all relevant times the defendant, **MOHASSAN YUSSOUF**, was operating the motor vehicle as the defendant, **UBER USA, LLC's** employee, agent and/or servant and was acting within the scope of his employment.

10.     The defendant, **UBER USA, LLC**, is liable to the plaintiff, **JADEN LEVIN**.

**FOURTH COUNT:** **(By plaintiff, JADEN LEVIN, as to defendant, RASIER, LLC)**

1-7.     Paragraphs 1 through 7 of the First Count are hereby incorporated as paragraphs 1 through 7 of this Fourth Count as if more fully stated herein.

8.     At all relevant times, the defendant, **MOHASSAN YUSSOUF**, was acting as a driver for the defendant, **RASIER, LLC**, a transportation network company authorized to transact

5

business in the State of Connecticut and was connected to **RASIER, LLC's** digital network and engaged in the provision of a prearranged ride.

      9.      At all relevant times the defendant, **MOHASSAN YUSSOUF**, was operating the motor vehicle as the defendant, **RASIER, LLC's** employee, agent and/or servant and was acting within the scope of his employment.

      10.     The defendant, **RASIER, LLC**, is liable to the plaintiff, **JADEN LEVIN**.

**FIFTH COUNT**: (By Plaintiff, JADEN LEVIN, as to defendant, ANDRE RIVERA)

      1.      On September 24, 2023, at approximately 1:41 a.m., the plaintiff, **JADEN LEVIN**, was a passenger in a motor vehicle owned and operated by the defendant, **MOHASSAN YUSSOUF**, which was in the easternmost portion of the roadway facing northbound on Whitney Avenue, approximately 100 feet north of Jomarg Drive, both public streets in the town of Hamden, Connecticut.

      2.      At the same time and place, the motor vehicle operated by the defendant, **MOHASSAN YUSSOUF**, entered the northbound lanes of Whitney Avenue and attempted to execute a U-turn to travel southbound on Whitney Avenue.

      3.      At the same time and place, the defendant, **ANDRE RIVERA**, was the owner and operator of a motor vehicle traveling northbound on Whitney Avenue and collided with the motor vehicle operated by the defendant, **MOHASSAN YUSSOUF**. As a result, the plaintiff, **JADEN LEVIN**, suffered the injuries and losses set forth more fully below.

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

6

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

4.      The collision was caused by the negligence of the defendant, **ANDRE RIVERA**, in one or more of the following ways, in that he:

(a)     Failed to keep a reasonable and proper lookout for other vehicles on the road;

(b)     Failed to turn or swerve so as to avoid the collision;

(c)     Failed to apply the brakes in time to avoid the collision;

(d)     Failed to sound the horn or give a timely warning of the impending collision;

(e)     Failed to keep the vehicle under proper and reasonable control;

(f)     Was inattentive in the operation of the vehicle;

(g)     Drove the vehicle in such proximity to another vehicle so as to obstruct or impede traffic, in violation of §14-240(b) of the Connecticut General Statutes;

(j)     Operated the vehicle at a rate of speed greater than was reasonable, having due regard to the width, traffic, and use of the highway, road or parking area, the intersection of streets and weather conditions, in violation of §14-218a of the Connecticut General Statutes; and/or

(i)     Failed to drive the vehicle as nearly as practicable entirely within a single lane and moved the vehicle from such lane before ascertaining that such movement could be made with safety, in violation of §14-236(1) of the Connecticut General Statutes.

5.      As a result of the negligence of the defendant, **ANDRE RIVERA**, the plaintiff, **JADEN LEVIN**, suffered the following injuries, some, or all of which may be permanent in nature:

(a)     Closed, displaced, lateral mass fracture of the first cervical vertebra;

(b)     Closed, displaced fracture of the third cervical vertebra;

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

(c)     Fractures of the fourth, fifth and sixth cervical vertebrae;

(d)     Interspinous ligament injury between C-2 and C-6;

(e)     Bilateral nasal bone fractures;

(f)     Bilateral pneumothoraxes;

(g)     Concussion with loss of consciousness;

(h)     Post-concussion symptoms;

(i)     Facial trauma;

(j)     Chin laceration with scarring;

(k)     Upper lip laceration with scarring;

(l)     Scalp laceration;

(m)     Dental injury;

(n)     Right shoulder injury;

(o)     Neck pain;

(p)     Disturbed sleep;

(q)     Reduced range of motion;

(r)     Muscle spasms; and

(s)     Pain and suffering, both mental and physical.

6.     As a further result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, was forced to expend large sums of money for medical care,

8

medicines, diagnostic tests, and therapy, all necessary to his recovery, and may be forced to expend additional sums in the future.

7.    As a further result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, was unable, and remains unable, to participate in and enjoy his usual activities.

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

**WHEREFORE**, the plaintiff claims money damages as to all Counts.

The Plaintiff,

By

Matthew D. Newman
Ventura Law
235 Main Street, Suite 101
Danbury, CT 06810
(203) 800-8000/Juris #414924

TO THE CLERK OF THE COURT:
Please enter our appearance
on behalf of the Plaintiff:
Ventura Law
235 Main Street
Danbury, CT 06810
(203) 800-8000/Juris #414924

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

RETURN DATE: June 25, 2024  :  SUPERIOR COURT

JADEN LEVIN  :  JUDICIAL DISTRICT OF WATERBURY

V.  :  AT WATERBURY

MOHASSAN YUSSOUF, ET AL  :  MAY 2, 2024

## **STATEMENT OF AMOUNT IN DEMAND**

The amount of money damages claimed is greater than **FIFTEEN THOUSAND DOLLARS ($15,000.00)**, exclusive of interest and costs.

The Plaintiff,

By_____
Matthew D. Newman
Ventura Law
235 Main Street, Suite 101
Danbury, CT 06810
(203) 800-8000/Juris #414924

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

11