**EXHIBIT C**

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
## SUPERIOR COURT
*www.jud.ct.gov*

**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| **300 Grand Street, Waterbury, CT 06702** | **( 203 ) 591-3300** | **June** | **25** , 2 **024** | |
| | | Month | Day | Year |

| ☒ Judicial District<br>☐ Housing Session | ☐ G.A. Number: | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)*<br>**Waterbury** | Case type code *(See list on page 2)*<br>Major: **V**      Minor: **01** |
|---|---|---|---|

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>**Ventura Law, 235 Main Street, Danbury, CT 06810** | Juris number *(to be entered by attorney only)*<br>**414924** |
|---|---|

| Telephone number *(with area code)*<br>**( 203 ) 800-8000** | Signature of Plaintiff *(If self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)*<br>**matthew@venturalaw.com & shelley@venturalaw.com** |
|---|---|

| Number of Plaintiffs:  **1** | Number of Defendants:  **5** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name:   **LEVIN, Jaden**<br>Address: **7 Statton Road, Scarsdale, NY 10583** | P-01 |
| **Additional Plaintiff** | Name:<br>Address: | P-02 |
| **First Defendant** | Name:   **YUSSOUF, Mohassan**<br>Address: **1251 Woodstick Road, Wolcott, CT 06716** | D-01 |
| **Additional Defendant** | Name:   **UBER TECHNOLOGIES, INC., 1725 Third Street, San Francisco, CA 94158**<br>Address: **Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108** | D-02 |
| **Additional Defendant** | Name:   **UBER USA, LLC, 1725 Third Street, San Francisco, CA 94158**<br>Address: **Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108** | D-03 |
| **Additional Defendant** | Name:   **RASIER, LLC, 1725 Third Street, San Francisco, CA 94158-2203**<br>Address: **Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108** | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>**Matthew D. Newman, Esq.** | Date signed<br>**05/02/2024** |
|---|---|---|---|

| If this Summons is signed by a Clerk:<br>a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | *For Court Use Only*<br>File Date |
|---|---|

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

**Instructions**

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals

   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description | Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 90 | All other | | | |
| Eminent Domain | E 00 | State Highway Condemnation | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 20 | Other State or Municipal Agencies | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 12 | Defective Premises - Public - Other |
| | E 90 | All other | | T 20 | Products Liability - Other than Vehicular |
| | | | | T 28 | Malpractice - Medical |
| | | | | T 29 | Malpractice - Legal |
| Miscellaneous | M 00 | Injunction | | T 30 | Malpractice - All other |
| | M 10 | Receivership | | T 40 | Assault and Battery |
| | M 20 | Mandamus | | T 50 | Defamation |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| | M 40 | Arbitration | | T 70 | False Arrest |
| | M 50 | Declaratory Judgment | | T 71 | Fire Damage |
| | M 63 | Bar Discipline | | T 90 | All other |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 68 | Bar Discipline - Inactive Status | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 05 | Motor Vehicles* - Property Damage only |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 83 | Small Claims Transfer to Regular Docket | | V 09 | Motor Vehicle* - All other |
| | M 84 | Foreign Protective Order | | V 10 | Boats |
| | M 90 | All other | | V 20 | Airplanes |
| | | | | V 30 | Railroads |
| Housing | H 10 | Housing - Return of Security Deposit | | V 40 | Snowmobiles |
| | H 12 | Housing - Rent and/or Damages | | V 90 | All other |
| | H 40 | Housing - Audita Querela/Injunction | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | H 50 | Housing - Administrative Appeal | | | |
| | H 60 | Housing - Municipal Enforcement | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | H 90 | Housing - All Other | | W 90 | All other |

**CIVIL SUMMONS**
**CONTINUATION OF PARTIES**
JD-CV-2   Rev. 9-12

STATE OF CONNECTICUT
**SUPERIOR COURT**

First named Plaintiff *(Last, First, Middle Initial)*
**LEVIN, Jaden**

First named Defendant *(Last, First, Middle Initial)*
**YUSSOUF, Mohassan**

## Additional Plaintiffs

| Name *(Last, First, Middle Initial, if individual)* | Address *(Number, Street, Town and Zip Code)* | CODE |
|---|---|---|
| | | 03 |
| | | 04 |
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |

## Additional Defendants

| Name *(Last, First, Middle Initial, if individual)* | Address *(Number, Street, Town and Zip Code)* | CODE |
|---|---|---|
| **RIVERA, Andre**<br>**120 Bidwell Street, Waterbury, CT 06710** | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | 12 | *FOR COURT USE ONLY - File Date* |
| | 13 | |
| | 14 | Docket number |

RETURN DATE: June 25, 2024         :        SUPERIOR COURT

JADEN LEVIN                   :        JUDICIAL DISTRICT OF WATERBURY

V.                         :        AT WATERBURY

MOHASSAN YUSSOUF, ET AL      :        MAY 2, 2024

<div style="text-align:center; margin-left:8%">

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

</div>

## COMPLAINT

**FIRST COUNT: (By plaintiff, JADEN LEVIN, as to defendant, MOHASSAN YUSSOUF)**

1.      On September 24, 2023, at approximately 1:41 a.m., the plaintiff, **JADEN LEVIN**, was a passenger in a motor vehicle owned and operated by the defendant, **MOHASSAN YUSSOUF**, which was in the easternmost portion of the roadway facing northbound on Whitney Avenue, approximately 100 feet north of Jomarg Drive, both public streets in the town of Hamden, Connecticut.

2.      At the same time and place, the motor vehicle operated by the defendant, **MOHASSAN YUSSOUF**, suddenly and without warning, entered the northbound lanes of Whitney Avenue and attempted to execute a U-turn to travel southbound on Whitney Avenue.

3.      At the same time and place, the defendant, **ANDRE RIVERA**, was the owner and operator of a motor vehicle traveling northbound on Whitney Avenue and collided with the motor vehicle operated by the defendant, **MOHASSAN YUSSOUF**. As a result, the plaintiff, **JADEN LEVIN**, suffered the injuries and losses set forth more fully below.

<div style="text-align:center">1</div>

4.      The collision was caused by the negligence of the defendant, **MOHASSAN YUSSOUF**, in one or more of the following ways, in that he:

(a)     Failed to keep a reasonable and proper lookout for other vehicles on the road;

(b)     Failed to turn or swerve so as to avoid the collision;

(c)     Failed to apply the brakes in time to avoid the collision;

(d)     Failed to sound the horn or give a timely warning of the impending collision;

(e)     Failed to keep the vehicle under proper and reasonable control;

(f)     Was inattentive in the operation of the vehicle;

(g)     Drove the vehicle in such proximity to another vehicle so as to obstruct or impede traffic, in violation of §14-240(b) of the Connecticut General Statutes;

(h)     Turned the vehicle when such movement could not be made with reasonable safety in violation of §14-242(a) of the Connecticut General Statutes;

(i)     Made an improper turn in violation of §14-241(b) of the Connecticut General Statutes;

(j)     Failed to yield the right of way to the vehicle driven by the defendant, **ANDRE RIVERA**, in violation of §14-242(e) of the Connecticut General Statutes; and/or

(k)     Moved the vehicle, which was stopped, standing or parked when such movement could not be made with reasonable safety and without interfering with other traffic, in violation of §14-243(a) of the Connecticut General Statutes.

5.      As a result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, suffered the following injuries, some, or all of which may be permanent in nature:

2

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

(a)     Closed, displaced, lateral mass fracture of the first cervical vertebra;

(b)     Closed, displaced fracture of the third cervical vertebra;

(c)     Fractures of the fourth, fifth and sixth cervical vertebrae;

(d)     Interspinous ligament injury between C-2 and C-6;

(e)     Bilateral nasal bone fractures;

(f)     Bilateral pneumothoraxes;

(g)     Concussion with loss of consciousness;

(h)     Post-concussion symptoms;

(i)     Facial trauma;

(j)     Chin laceration with scarring;

(k)     Upper lip laceration with scarring;

(l)     Scalp laceration;

(m)     Dental injury;

(n)     Right shoulder injury;

(o)     Neck pain;

(p)     Disturbed sleep;

(q)     Reduced range of motion;

(r)     Muscle spasms; and

(s)     Pain and suffering, both mental and physical.

3

6.      As a further result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, was forced to expend large sums of money for medical care, medicines, diagnostic tests, and therapy, all necessary to his recovery, and may be forced to expend additional sums in the future.

7.      As a further result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, was unable, and remains unable, to participate in and enjoy his usual activities.

**SECOND COUNT:** (By plaintiff, **JADEN LEVIN**, as to defendant, **UBER TECHNOLOGIES, INC.**)

1-7.    Paragraphs 1 through 7 of the First Count are hereby incorporated as paragraphs 1 through 7 of this Second Count as if more fully stated herein.

8.      At all relevant times, the defendant, **MOHASSAN YUSSOUF**, was acting as a driver for the defendant, **UBER TECHNOLOGIES, INC.**, a transportation network company authorized to transact business in the State of Connecticut and was connected to **UBER TECHNOLOGIES, INC.'s** digital network and engaged in the provision of a prearranged ride.

9.      At all relevant times, the defendant, **MOHASSAN YUSSOUF**, was operating the motor vehicle as the defendant, **UBER TECHNOLOGIES, INC.'s** employee, agent and/or servant and was acting within the scope of his employment.

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

4

10.    The defendant, **UBER TECHNOLOGIES, INC.**, is liable to the plaintiff, **JADEN LEVIN**.

**THIRD COUNT: (By plaintiff, JADEN LEVIN, as to defendant, UBER USA, LLC)**

1-7.    Paragraphs 1 through 7 of the First Count are hereby incorporated as paragraphs 1 through 7 of this Fouth Count as if more fully stated herein.

8.    At all relevant times, the defendant, **MOHASSAN YUSSOUF**, was acting as a driver for the defendant, **UBER USA, LLC**, a transportation network company authorized to transact business in the State of Connecticut and was connected to **UBER USA, LLC's** digital network and engaged in the provision of a prearranged ride.

9.    At all relevant times the defendant, **MOHASSAN YUSSOUF**, was operating the motor vehicle as the defendant, **UBER USA, LLC's** employee, agent and/or servant and was acting within the scope of his employment.

10.    The defendant, **UBER USA, LLC**, is liable to the plaintiff, **JADEN LEVIN**.

**FOURTH COUNT: (By plaintiff, JADEN LEVIN, as to defendant, RASIER, LLC)**

1-7.    Paragraphs 1 through 7 of the First Count are hereby incorporated as paragraphs 1 through 7 of this Fourth Count as if more fully stated herein.

8.    At all relevant times, the defendant, **MOHASSAN YUSSOUF**, was acting as a driver for the defendant, **RASIER, LLC**, a transportation network company authorized to transact

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

5

business in the State of Connecticut and was connected to **RASIER, LLC's** digital network and engaged in the provision of a prearranged ride.

9.     At all relevant times the defendant, **MOHASSAN YUSSOUF**, was operating the motor vehicle as the defendant, **RASIER, LLC's** employee, agent and/or servant and was acting within the scope of his employment.

10.     The defendant, **RASIER, LLC**, is liable to the plaintiff, **JADEN LEVIN**.

**FIFTH COUNT:** (By Plaintiff, **JADEN LEVIN**, as to defendant, **ANDRE RIVERA**)

1.     On September 24, 2023, at approximately 1:41 a.m., the plaintiff, **JADEN LEVIN**, was a passenger in a motor vehicle owned and operated by the defendant, **MOHASSAN YUSSOUF**, which was in the easternmost portion of the roadway facing northbound on Whitney Avenue, approximately 100 feet north of Jomarg Drive, both public streets in the town of Hamden, Connecticut.

2.     At the same time and place, the motor vehicle operated by the defendant, **MOHASSAN YUSSOUF**, entered the northbound lanes of Whitney Avenue and attempted to execute a U-turn to travel southbound on Whitney Avenue.

3.     At the same time and place, the defendant, **ANDRE RIVERA**, was the owner and operator of a motor vehicle traveling northbound on Whitney Avenue and collided with the motor vehicle operated by the defendant, **MOHASSAN YUSSOUF**. As a result, the plaintiff, **JADEN LEVIN**, suffered the injuries and losses set forth more fully below.

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

6

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

4.      The collision was caused by the negligence of the defendant, **ANDRE RIVERA**, in one or more of the following ways, in that he:

(a)      Failed to keep a reasonable and proper lookout for other vehicles on the road;

(b)      Failed to turn or swerve so as to avoid the collision;

(c)      Failed to apply the brakes in time to avoid the collision;

(d)      Failed to sound the horn or give a timely warning of the impending collision;

(e)      Failed to keep the vehicle under proper and reasonable control;

(f)      Was inattentive in the operation of the vehicle;

(g)      Drove the vehicle in such proximity to another vehicle so as to obstruct or impede traffic, in violation of §14-240(b) of the Connecticut General Statutes;

(j)      Operated the vehicle at a rate of speed greater than was reasonable, having due regard to the width, traffic, and use of the highway, road or parking area, the intersection of streets and weather conditions, in violation of §14-218a of the Connecticut General Statutes; and/or

(i)      Failed to drive the vehicle as nearly as practicable entirely within a single lane and moved the vehicle from such lane before ascertaining that such movement could be made with safety, in violation of §14-236(1) of the Connecticut General Statutes.

5.      As a result of the negligence of the defendant, **ANDRE RIVERA**, the plaintiff, **JADEN LEVIN**, suffered the following injuries, some, or all of which may be permanent in nature:

(a)      Closed, displaced, lateral mass fracture of the first cervical vertebra;

(b)      Closed, displaced fracture of the third cervical vertebra;

7

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

(c)     Fractures of the fourth, fifth and sixth cervical vertebrae;

(d)     Interspinous ligament injury between C-2 and C-6;

(e)     Bilateral nasal bone fractures;

(f)     Bilateral pneumothoraxes;

(g)     Concussion with loss of consciousness;

(h)     Post-concussion symptoms;

(i)     Facial trauma;

(j)     Chin laceration with scarring;

(k)     Upper lip laceration with scarring;

(l)     Scalp laceration;

(m)     Dental injury;

(n)     Right shoulder injury;

(o)     Neck pain;

(p)     Disturbed sleep;

(q)     Reduced range of motion;

(r)     Muscle spasms; and

(s)     Pain and suffering, both mental and physical.

6.      As a further result of the negligence of the defendant, **MOHASSAN YUSSOUF**, the plaintiff, **JADEN LEVIN**, was forced to expend large sums of money for medical care,

8

medicines, diagnostic tests, and therapy, all necessary to his recovery, and may be forced to expend

additional sums in the future.

     7.     As a further result of the negligence of the defendant, **MOHASSAN YUSSOUF**,

the plaintiff, **JADEN LEVIN**, was unable, and remains unable, to participate in and enjoy his

usual activities.

VENTURA LAW

235 Main Street, Suite 101 • Danbury, CT 06810

203-800-8000 • Fax 203-791-9264

**WHEREFORE**, the plaintiff claims money damages as to all Counts.

The Plaintiff,

By

Matthew D. Newman
Ventura Law
235 Main Street, Suite 101
Danbury, CT 06810
(203) 800-8000/Juris #414924

TO THE CLERK OF THE COURT:
Please enter our appearance
on behalf of the Plaintiff:
Ventura Law
235 Main Street
Danbury, CT 06810
(203) 800-8000/Juris #414924

**VENTURA LAW**
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

10

VENTURA LAW
235 Main Street, Suite 101 • Danbury, CT 06810
203-800-8000 • Fax 203-791-9264

RETURN DATE: June 25, 2024          :          SUPERIOR COURT

JADEN LEVIN                                   :          JUDICIAL DISTRICT OF WATERBURY

V.                                                     :          AT WATERBURY

MOHASSAN YUSSOUF, ET AL          :          MAY 2, 2024

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than **FIFTEEN THOUSAND**

**DOLLARS ($15,000.00)**, exclusive of interest and costs.

The Plaintiff,

By
Matthew D. Newman
Ventura Law
235 Main Street, Suite 101
Danbury, CT 06810
(203) 800-8000/Juris #414924

11