UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JADEN LEVIN,
*Plaintiff*,
    v.
MOHASSAN YUSSOUF, UBER TECHNOLOGIES, INC.,
UBER USA, LLC, RASIER, LLC, and ANDRE RIVERA
*Defendants*.                                                                 Tuesday, May 14, 2024

### Rule 7.1 Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Uber Technologies, Inc., Uber USA, LLC, and Rasier, LLC ("Defendants") certifies as follows:

1. Uber Technologies, Inc. is a publicly-held corporation formed under the laws of the State of Delaware with its principal place of business located at 1725 3rd Street, San Francisco, CA 94158. Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber Technologies, Inc., Uber Technologies, Inc. is unaware of any shareholder who beneficially owns more than ten percent (10%) of its stock.

2. Rasier, LLC a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1725 3rd Street, San Francisco, CA 94158 and a wholly owned subsidiary of Uber Technologies, Inc., a publicly traded corporation. Based solely on SEC filings regarding beneficial ownership of the stock of Uber Technologies, Inc., Rasier, LLC is unaware of any shareholder who beneficially owns more than 10% of Uber Technologies, Inc.'s stock.

3. Uber USA, LLC is a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1725 3rd Street, San Francisco, CA 94158 and a wholly owned subsidiary of Uber Technologies, Inc., a publicly traded corporation. Based

solely on SEC filings regarding beneficial ownership of the stock of Uber Technologies, Inc., Rasier, LLC is unaware of any shareholder who beneficially owns more than 10% of Uber Technologies, Inc.'s stock.

                                              Respectfully submitted,
Uber Technologies, Inc., Uber USA, LLC, and Rasier, LLC,
By their attorneys,

/s/ Ben Levites
Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically and via first class mail, postage prepaid, to all counsel of record on Tuesday, May 14, 2024.

/s/ Ben Levites
Benjamin Levites