UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JADEN LEVIN,
*Plaintiff*,
     v.
MOHASSAN YUSSOUF, UBER TECHNOLOGIES, INC.,
UBER USA, LLC, RASIER, LLC, and ANDRE RIVERA
*Defendants*.                    Tuesday, May 14, 2024

**NOTICE OF PENDING MOTIONS**

Pursuant to the Standing Order on Removed Cases, Uber Technologies, Inc., Uber USA, LLC, and Rasier, LLC ("Defendants") hereby state that, as of the date of this Notice, there are no pending Motions filed in this action or in the State court action, which is returnable in the Superior Court of Connecticut in the Judicial District of Waterbury.

Respectfully submitted,
Uber Technologies, Inc., Uber USA, LLC,
and Rasier, LLC,
By their attorneys,

Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically and via first class mail, postage prepaid, to all counsel of record on Tuesday, May 14, 2024.

_____
Benjamin Levites