UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JADEN LEVIN,
*Plaintiff*,
    v.
MOHASSAN YUSSOUF, UBER TECHNOLOGIES, INC.,
UBER USA, LLC, RASIER, LLC, and ANDRE RIVERA
*Defendants*.                                           Tuesday, May 14, 2024

**STATEMENT UNDER STANDING ORDER ON REMOVED CASES**

Pursuant to the Standing Order on Removed Cases, Uber Technologies, Inc., Uber USA, LLC, and Rasier, LLC ("Defendants") hereby state as follows:

1. Defendants received a copy of Plaintiff's ("Plaintiffs") Summons and Complaint in the State court action on or about May 6, 2024.

2. Defendants received service of the Summons and Complaint in the State court action on or about May 6, 2024. On information and belief, defendants Rivera and Yussouf have not been properly joined and served.

3. Defendant Uber Technologies, Inc. was, and currently is, a corporation formed under the laws of the State of Delaware with its principal place of business located at 1725 3rd Street, San Francisco, CA 94158. Uber Technologies, Inc. is not a citizen of New York or Connecticut. Uber USA, LLC was, and currently is, a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1725 3rd Street, San Francisco, CA 94158. Uber USA, LLC, which is 100% owned by Uber Technologies, Inc., is not a citizen of New York or Connecticut. Rasier, LLC was, and currently is, a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1725 3rd Street, San Francisco,

1

CA 94158. Rasier, LLC, which is 100% owned by Uber Technologies, Inc., is not a citizen of New York or Connecticut. Defendants Yussouf and Rivera are allegedly residents of Connecticut. Doc. No. 1-2.

4. Defendant's Notice of Removal was filed within thirty (30) days of receipt of Plaintiff's Summons and Complaint. This was the first time the Defendant learned that the amount in controversy was greater than $75,000.

5. All properly joined and served defendants joined in the notice of removal. *See* Doc. 1-1.

6. Plaintiffs: Matthew D. Newman, Ventura Law, 235 Main St. Ste. 101, Danbury CT 06810, matthew@venturalaw.com, shelley@venturalaw.com; Uber Technologies, Inc., Rasier, LLC, Uber USA, LLC: Kevin J. O'Leary, ct30271, Benjamin H. Levites, ct30481, Coughlin Betke LLP, 175 Federal Street, Boston, MA 02110, (617) 988-8050, koleary@coughlinbetke.com, blevites@coughlinbetke.com; Mohassan Yussouf: Aaron A. Fredericks, Hinshaw & Culbertson LLP, 53 State Street, 27th Floor, Boston, MA 02109, 617-213-7035, AFredericks@hinshawlaw.com.

Respectfully submitted,
Uber Technologies, Inc., Uber USA, LLC,
and Rasier, LLC,
By their attorneys,

_____
Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically and via first class mail, postage prepaid, to all counsel of record on Tuesday, May 14, 2024.

_____
Benjamin Levites