UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JADEN LEVIN,
*Plaintiff*,
v.
MOHASSAN YUSSOUF, UBER TECHNOLOGIES, INC., UBER USA, LLC, RASIER, LLC, and ANDRE RIVERA
*Defendants*.

3:24-cv-00871-SVN
Tuesday, May 28, 2024

**ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND OF DEFENDANTS UBER TECHNOLOGIES, INC., UBER USA, LLC, AND RASIER, LLC**

Defendants Uber Technologies, Inc., Uber USA, LLC, and Rasier, LLC ("Defendants") hereby make this its Answer to the Complaint ("Complaint") filed by Plaintiff Jaden Levin. Unless expressly answered herein, all allegations of the Complaint are denied.

**FIRST COUNT**

1-7. The First Count is not directed to Defendants and therefore does not require a response; however, in the event that the paragraphs are read to apply to Defendants, it is denied.

**SECOND COUNT**

1-7. Paragraphs 1 through 7 of the First Count are not directed to Defendants and therefore does not require a response; however, in the event that the paragraphs are read to apply to Defendants, they is denied.

8. Denied.

9. Denied.

10. Denied.

**THIRD COUNT**

1-7. Paragraphs 1 through 7 of the First Count are not directed to Defendants and therefore does not require a response; however, in the event that the paragraphs are read to apply to Defendants, they is denied.

8. Denied.

9. Denied.

10. Denied.

**FOURTH COUNT**

1-7. Paragraphs 1 through 7 of the First Count are not directed to Defendants and therefore does not require a response; however, in the event that the paragraphs are read to apply to Defendants, they is denied.

8. Denied.

9. Denied.

10. Denied.

**FIFTH COUNT**

1-7. The Fifth Count is not directed to Defendants and therefore does not require a response; however, in the event that the paragraphs are read to apply to Defendants, it is denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

And further answering, Defendant states that the complaint fails to state a cause of action.

### SECOND AFFIRMATIVE DEFENSE

And further answering, Defendant states that the Decedent failed to take reasonable and prudent measures necessary and proper to mitigate whatever damages he might have sustained as a result

of the acts or omissions complained of in Plaintiff's Complaint.

**THIRD AFFIRMATIVE DEFENSE**

And further answering, Defendant states that to the extent that these answering Defendants had any obligations to the plaintiff, such obligations have been fully, completely and properly performed in every respect.

**FOURTH AFFIRMATIVE DEFENSE**

And further answering, Defendant states that the acts complained of were not committed by a person for whose conduct the Defendants were legally responsible.

**FIFTH AFFIRMATIVE DEFENSE**

And further answering, Defendant states that the allegations of the Complaint against the Defendants concerning Mohassan Yussouf may be barred in whole or part, under the independent contractor defense because Mohassan Yussouf was an independent contractor responsible for his own means and methods, thereby making the doctrines of respondeat superior and agency inapplicable.

**SIXTH AFFIRMATIVE DEFENSE**

And further answering, Defendant states that the allegations of the Complaint against the Defendants concerning Mohassan Yussouf may be barred in whole or part because the Court lacks personal jurisdiction over Mohassan Yussouf, and plaintiffs' insufficient service of process on him.

**SEVENTH AFFIRMATIVE DEFENSE**

And further answering, Defendants states that the damages alleged were a result of unforeseeable intervening or superseding acts of others independent of Defendants which bars plaintiffs' causes

of action.

**EIGHTH AFFIRMATIVE DEFENSE**

And further answering, Defendant states that, to the extent the Defendant herein is found liable for any damages herein, such amount shall be reduced and/or offset by any recovery obtained by the plaintiffs from any insurance or third party.

**NINTH AFFIRMATIVE DEFENSE**

And further answering, Defendants state that this dispute is subject to an arbitration agreement between Plaintiff and Defendants, such that this matter is properly brought before a qualified arbitrator rather than in the instant court.

**TENTH AFFIRMATIVE DEFENSE**

And further answering, Defendants state that Plaintiff's recovery as to Defendants, if any, must be proportionate in accordance with the provisions of C.G.S. § 52-572h to the percentage of negligence found by the finder of fact to have proximately caused the plaintiff's injury attributable to Defendants.

**JURY DEMAND**

Defendants hereby request a jury trial on all claims.

Respectfully submitted,
Uber Technologies, Inc., Rasier, LLC, and Portier, LLC,
By their attorneys,

/s/ Ben Levites
Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Tuesday, May 28, 2024.

/s/ Ben Levites
Benjamin Levites