# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JADEN LEVIN,<br><br>        Plaintiff,<br><br>v.<br><br>MOHASSAN YUSSOUF, UBER TECHNOLOGIES, INC., UBER USA, LLC, RASIER, LLC, and ANDRE RIVERA,<br><br>        Defendants. | C.A. NO. 3:24-cv-00871-SVN |

## NOTICE OF APPEARANCE

Please enter the appearance of Aaron A. Fredericks as counsel of record for the Defendant, Mohassan Yussouf, in regard to the above-captioned matter.

                                            Respectfully submitted,
                                            MOHASSAN YUSSOUF,
                                            By: His Attorney

                                            */s/ Aaron A. Fredericks*
                                            Aaron A. Fredericks, ct29871
                                            HINSHAW & CULBERTSON LLP
                                            53 State Street, 27th Floor
                                            Boston, MA 02109
                                            617-213-7000
                                            617-213-7001  (facsimile)
                                            afredericks@hinshawlaw.com

Dated:     June 3, 2024

## CERTIFICATE OF SERVICE

      I, Aaron A. Fredericks, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 3, 2024.

                                            /s/ *Aaron A. Fredericks*
                                            Aaron A. Fredericks